# EXHIBIT 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| USA GYMNASTICS, )<br><br>            Plaintiff, )<br>v. )<br> )<br>ACE AMERICAN INSURANCE COMPANY )<br>f/k/a CIGNA INSURANCE COMPANY, )<br>GREAT AMERICAN ASSURANCE )<br>COMPANY, LIBERTY INSURANCE )<br>UNDERWRITERS INC., NATIONAL )<br>CASUALTY COMPANY, RSUI INDEMNITY )<br>COMPANY, TIG INSURANCE COMPANY, )<br>VIRGINIA SURETY COMPANY, INC. f/k/a )<br>COMBINED SPECIALTY INSURANCE )<br>COMPANY, )<br>            Defendants. | Case No. |

## DECLARATION OF DAVID A. TEMPLE

Pursuant to 28 U.S.C. §1746, David A. Temple declares and states:

1.      The statements made in this declaration are based upon personal knowledge.  I am over the age of eighteen (18), and I am competent to testify to the matters stated herein.

2.      I am an attorney, and I have been retained by TIG Insurance Company ("TIG Insurance") as one of its defense counsel in an action currently pending in Marion Superior Court entitled "USA Gymnastics v. ACE American Insurance Company, et al.," Cause No. 49D01-1804-PL-013423 (the "State Court Action").

3.      I am authorized by TIG Insurance to make this declaration on its behalf.

4.      TIG Insurance consents to the removal of the State Court Action from Marion Superior Court to the United States District Court, Southern District of Indiana, Indianapolis Division.

5.    This consent to removal is being filed simultaneously with and in support of the

Notice of Removal filed by Defendant, ACE American Insurance Company f/k/a CIGNA

Insurance Company.

   **I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS AND FACTS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**


Dated: 4/27/2018

David A. Temple
DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Suite 200
Carmel, IN  46032
(317) 580-4848
(317) 580-4855 (fax)


Open.P1236.P1236.20258902-1