**Exhibit A**

**Certification of Geoffrey M. Miller**
**In Support of Motion to Appear Pro Hac Vice**

In support of the *Motion to Appear Pro Hac Vice* filed on my behalf by James P. Moloy

of the law firm of BOSE MCKINNEY & EVANS LLP, and pursuant to S. D. Ind. Local Rule 83-

6(b),

the undersigned states:

1.      I am admitted to practice and in good standing  in the following courts:

| Court | Date of Admission |
|---|---|
| State of Illinois | July 2012 |
| District of Columbia | July 2013 |
| State of New York | May 2015 |
| U.S. District Court for the Northern District of Illinois | July 2015 |

2.      I have never been disbarred or suspended from practice before any court,

department, bureau or commission of any state or the United States. I have never received a

reprimand or been subject to other disciplinary action from any such court, department, bureau or

commission pertaining to conduct or fitness as a member of the bar.

3.      I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the

Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide

by these rules and standards.

I certify that the above information is true and correct.

4141387  (29379-1)

Dated: 6/15/21

Respectfully submitted,

Geoffrey M. Miller
New York Attorney No. 4999702
Illinois Attorney No. 6319372
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6734
geoffrey.miller@dentons.com

4141387 (29379-1)                                2