UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| USA GYMNASTICS, ) | |
| ) | Case No. 18-09108-RLM-11 |
| Debtor. ) | |
| ) | |
| ) | |
| USA GYMNASTICS, ) | |
| ) | |
| Plaintiff, ) | District Court Case No. 1:18-1306-RLY-MPB |
| ) | |
| vs. ) | Bankr. Adv. Case No. 19-50012 |
| ) | |
| ACE AMERICAN INSURANCE COMPANY ) | |
| f/k/a CIGNA INSURANCE COMPANY, ) | |
| GREAT AMERICAN ASSURANCE ) | |
| COMPANY, LIBERTY INSURANCE ) | |
| UNDERWRITERS INC., NATIONAL ) | |
| CASUALTY COMPANY, RSUI ) | |
| INDEMNITY COMPANY, TIG INSURANCE ) | |
| COMPANY, VIRGINIA SURETY ) | |
| COMPANY, INC., f/k/a COMBINED ) | |
| SPECIALTY INSURANCE COMPANY, ) | |
| WESTERN WORLD INSURANCE ) | |
| COMPANY, ENDURANCE AMERICAN ) | |
| INSURANCE COMPANY, AMERICAN ) | |
| INTERNATIONAL GROUP, IN., ) | |
| AMERICAN HOME ASSURANCE ) | |
| COMPANY, and DOE INSUREDS., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION T O APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of James P. Moloy of the law firm

of BOSE MCKINNEY & EVANS LLP, seeking an Order granting Geoffrey M. Miller of DENTONS

US LLP**,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of

4141387  (29379-1)

Virginia Surety Company, Inc., f/k/a Combined Specialty Insurance Company in the above-styled cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

> Geoffrey M. Miller
> DENTONS US LLP
> 1221 Avenue of the Americas
> New York, NY 10020-1089
> (212) 768-6734
> geoffrey.miller@dentons.com

Dated: _____

_____
Judge, United States District Court
Southern District of Indiana

Distribution List:

To all registered counsel by CM/ECF

Via U.S. Mail:

Geoffrey M. Miller
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Tara E. McCormack
KENNEDYS CMK LLP
120 Mountainview Boulevard
P.O. Box 650
Basking Ridge, NJ 07920